UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HAYND ("CLAUDIA") KIRKSEY,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>GEICO CASUALTY COMPANY,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:18-CV-946 JCM (CWH)<br><br>ORDER |

  Presently before the court is the matter of *Kirksey v. GEICO Casualty Company*, case number 2:18-cv-00946-JCM-DJA.  The parties stipulated to stay this action and dismiss the extra-contractual causes of action.  (ECF Nos. 27; 29).  The parties will submit to private binding arbitration and request "that the [c]ourt retain its jurisdiction so as to be able to confirm the award as a judgment."  *Id.* at 2.  The court granted the parties' stipulation.

  In light of the parties' stipulation and the consequent stay of this action, the court will continue the calendar call and trial currently set for June 10 and 15, 2020, respectively, to November 10 and 16, 2020.  If the arbitration has not concluded, the parties are instructed to file a stipulation to continue calendar call and trial on or before Friday, November 6, 2020.

  Accordingly,

  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the calendar call currently set for June 10, 2020, be, and the same hereby is, CONTINUED to Tuesday, November 10, 2020, at 1:30 p.m. in courtroom 6A.

  IT IS FURTHER ORDERED that the trial currently set for June 15, 2020, be, and the same hereby is, CONTINUED to Monday, November 16, 2020, at 9:00 a.m. in courtroom 6A.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the parties shall file a stipulation to continue the calendar call and trial on or before Friday, November 6, 2020, if their arbitration has not concluded.

DATED May 1, 2020.

_____
UNITED STATES DISTRICT JUDGE

- 2 -