McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant
GEICO Casualty Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAYND ("CLAUDIA") KIRKSEY,<br><br>          Plaintiff,<br><br>     v.<br><br>GEICO CASUALTY COMPANY,<br><br>          Defendant. | Case No. 2:18-cv-00946-JCM-DJA<br><br>**STIPULATION AND ORDER TO STAY LITIGATION, AND TO DISMISS EXTRA-CONTRACTUAL CAUSES OF ACTION** |

Plaintiff, HAYND ("CLAUDIA") KIRKSEY, and Defendant GEICO CASUALTY COMPANY ("GEICO"), hereinafter collectively referred to as "the Parties" hereby stipulate to the following and move the Court accordingly:

1.    The parties have entered into an Agreement to have the contractual benefits determined through private binding arbitration.

2.    To effectuate the Agreement, the Parties agree and stipulate that this proceeding be stayed to allow the Parties to conclusively determine the value of Plaintiff's personal injury claims and, accordingly, the extent of her entitlement to contractual benefits.

3.    As part of the Parties' Binding Arbitration Agreement, Plaintiff agrees and hereby

requests the Court dismiss the second and third causes of action in her Complaint with prejudice.

4.     It is the intent of the Parties that the Court retain its jurisdiction so as to be able to confirm the award as a judgment.

**IT IS SO MOVED AND STIPULATED:**

DATED this 28th day of April, 2020

        STUCKI INJURY LAW

By    /s/ *Kyle Stucki*
Kyle Stucki, Nevada Bar No. 12646
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
Tel. (385) 350-3555

Attorneys for Plaintiff, Haynd ("Claudia") Kirksey

DATED this 28th day of April, 2020

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By    /s/ *Jonathan W. Carlson*
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Dfendant, GEICO Casualty Company

## **ORDER**

**IT IS SO ORDERED.**

DATED May 1, 2020.

By    *[signature]*
UNITED STATES DISTRICT COURT JUDGE

6193816.1

2    2:18-cv-00946-JCM-DJA

STIPULATION AND ORDER TO STAY LITIGATION, AND TO DISMISS EXTRA-CONTRACTUAL CAUSES OF ACTION

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113