UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HAYND ("CLAUDIA") KIRKSEY,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>GEICO CASUALTY COMPANY,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:18-CV-946 JCM (DJA)<br><br>ORDER |

　　　Presently before the court is the parties' stipulation to continue calendar call and trial. (ECF No. 32). The parties stipulated to reschedule the calendar call and trial dates for a date and time after their December 11, 2020 binding arbitration hearing. (*Id.* at 2).

　　　Accordingly,

　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the calendar call date in this case is now July 21, 2021 at 1:30pm and that the trial date is July 26, 2021 at 9:00am.

　　　DATED October 21, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**