McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for Defendant
GEICO Casualty Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAYND ("CLAUDIA") KIRKSEY,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY,<br><br>Defendant. | Case No. 2:18-cv-00946-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Each party will bear their own costs and attorneys' fees.

2  DATED this 2nd day of March, 2021

3                                          STUCKI INJURY LAW

5                                  By      /s/ *Kyle A. Stucki*
                                           Kyle A. Stucki, Nevada Bar No. 12646
6                                          1980 Festival Plaza Drive, Suite 300
                                           Las Vegas, Nevada 89135
7                                          Telephone: (385) 210-1234

8                                          Attorneys for Plaintiff
9                                          Haynd ("Claudia") Kirksey

10  DATED this 2nd day of March, 2021

12                                         McCORMICK, BARSTOW, SHEPPARD,
                                           WAYTE & CARRUTH LLP

14                                 By      /s/ *Jonathan W. Carlson*
                                           Wade M. Hansard, Nevada Bar No. 8104
15                                         Jonathan W. Carlson, Nevada Bar No. 10536
                                           8337 West Sunset Road, Suite 350
16                                         Las Vegas, Nevada 89113
                                           Tel. (702) 949-1100

18                                         Attorneys for Defendant
                                           GEICO Casualty Company

19                                         **ORDER**

20  IT IS SO ORDERED.

21  DATED March 3, 2021.

23                                 By      [signature]
24                                         UNITED STATES DISTRICT COURT JUDGE

25  7442451.1